THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-198-RSL |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |
| GIANNI SHARPA THOMAS, | |
| Defendant. | |

This matter has come before the Court on Gianni Thomas's motion to file an overlength motion for review and revocation of the detention order in this case. The Court has considered the motion and records herein.

IT IS NOW ORDERED that Mr. Thomas's motion to file an overlength motion is GRANTED.

DATED this 17th day of January 2022.

*(signature)*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Gianni Sharpa Thomas

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION
(*United States v. Thomas*, CR22-198-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100