Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR22-198 RSL |
|---|---|
| Plaintiff | |
| v. | ORDER TO SEAL DOCUMENT |
| GIANNI SHARPA THOMAS | |
| Defendant. | |

Pursuant to the Government's Motion to Seal Exhibits 1 and 2 (Dkt #33), due to sensitive information contained therein, the Court hereby grants the Motion to Seal.

It is hereby ORDERED that Exhibits 1 and 2 (Dkt #33) shall remain sealed.

DATED this 17th day of January, 2023.

*signature*

ROBERT S. LASNIK
United States District Judge

Presented by:

*s/ Cecelia Gregson*
CECELIA GREGSON
Assistant United States Attorney

Order to Seal
*United States v. Gianni Sharpa Thomas* / CR22-198 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970