JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-198-RSL |
| Plaintiff, | |
| vs. | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| GIANNI THOMAS, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline and the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from July 8, 2024, to July 15, 2024.

DONE this 25th day of July 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Federal Defender
Attorney for Gianni Thomas

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE - 1
(*U.S. v. Thomas,* CR22-198-RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100